# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO LOPEZ-AHUMADO,<br><br>        Petitioner,<br><br>    v.<br><br>LINDA SANDERS, Warden,<br><br>        Respondent. | Case No. CV 11-6305-JHN (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections, and the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

      **IT IS HEREBY ORDERED** that Respondent's Motion to Dismiss be granted and that Judgment be entered dismissing the Petition for Writ of Habeas Corpus without prejudice to Petitioner filing a new habeas petition in the District of Utah only if he obtains the proper certification from the Tenth Circuit to allow him to file a successive § 2255 motion.

DATED: <u>1-9-12</u>

                                                                   JACQUELINE H. NGUYEN<br>
                                                                   UNITED STATES DISTRICT JUDGE