# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO LOPEZ-AHUMADO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>LINDA SANDERS, Warden,<br><br>　　　　　Respondent. | Case No. CV 11-6305-JHN (JEM)<br><br>**JUDGMENT** |

　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed without prejudice to Petitioner filing a new habeas petition in the District of Utah only if he obtains the proper certification from the Tenth Circuit to allow him to file a successive § 2255 motion.

DATED:  1-9-12

　　　　　　　　　　　　　　　　　　　　　JACQUELINE H. NGUYEN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE